FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 SEP 20  PM 4: 11

DISTRICT OF UTAH

Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah  84111-2323

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>RANDY WAYNE URWIN,<br><br>Debtor. | Bankruptcy No. 10-21387 JTM<br>Chapter 7<br><br>**DEPOSIT OF FUNDS FOR SMALL<br>CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1.      The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2.      The following creditors were to have received a 02.88% distribution on their claims.  The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 4 | Mountain West Anesthesia<br>P.O. Box 3570<br>Salt Lake City, UT 84110 | $3.92 |



| | | |
|---|---|---|
| 6 | Mountain Medical<br>Att # xxxxxxxx3166<br>5444 South Green Street<br>Murray, UT 84123 | $4.33 |

3.      A check in the amount of $8.25 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this *20* day of September, 2010.

Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the *20* day of September, 2010, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111